IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN,<br><br>    Plaintiff,<br><br>  v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>    Defendants.<br>_____ / | No. C-06-7765 MMC<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT THE UNITED STATES TO APPEAR AS <u>AMICUS CURIAE</u> REGARDING ISSUE OF JUDICIAL IMMUNITY**<br><br>(Docket No. 9) |

    Before the Court is the United States of America's ("United States") "Motion for Administrative Relief to Permit the United States to Appear as Amicus Curiae Regarding Issue of Judicial Immunity," filed March 2, 2007. Pursuant to such motion, the United States seeks leave to appear in the instant action as <u>amicus curiae</u> for the purpose of asserting the position that defendant United States District Judge Charles R. Breyer is absolutely immune from suit.

    For good cause shown, the motion is hereby GRANTED. The United States shall file its proposed "Memorandum of Points and Authorities in Support of Absolute Immunity of Defendant Judge Charles R. Breyer" no later than March 16, 2007. Plaintiff may file a response to the United States's memorandum no later than 14 days after the date such memorandum is filed. The matter will be taken under submission at that time and

determined without a hearing, unless the Court, after reviewing the submissions of the United States and plaintiff, determines that oral argument would be of assistance.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: March 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge