IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN, | No. C-06-7765 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al., | (Docket No. 46) |
| Defendants. | |

     Before the Court is plaintiff's motion to reschedule the case management conference in the instant action from March 30, 2007 to May 11, 2007, on the ground that defendants have not yet appeared.

     For good cause shown, the motion is hereby GRANTED, with the exception that the case management conference is hereby CONTINUED from March 30, 2007 to May 25, 2007 at 10:30 a.m.  The parties shall file a joint case management conference statement no later than May 18, 2007.

**IT IS SO ORDERED.**

Dated: March 26, 2007

MAXINE M. CHESNEY
United States District Judge