**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  MICHAEL MYUN-SUP SHIN,                    No. C 06-7765 MMC

11           Plaintiff,                       **ORDER TO SHOW CAUSE**

12      v.

13  ADMINISTRATIVE OFFICE OF THE
    UNITED STATES COURTS, et al.,
14
15           Defendants
    _____/

16
         On May 25, 2007, plaintiff failed to appear as ordered at the scheduled Case
17
    Management Conference.  Although plaintiff has appealed the Court's dismissal of his
18
    complaint as against United States District Judge Charles R. Breyer, three defendants
19
    remain in the action, which defendants are not the subject of the appeal.
20
         Accordingly, the Court rules as follows:
21
         1.  Plaintiff shall show cause in writing filed no later than June 8, 2007 why this
22
    action should not be dismissed for his failure to appear at the Case Management
23
    Conference.
24
         2.  If plaintiff fails to show cause as ordered, the action will be dismissed without
25
    prejudice pursuant to Rule 41(b) for failure to prosecute.
26
         **IT IS SO ORDERED.**
27
    Dated: May 25, 2007
28
                                             MAXINE M. CHESNEY
                                             United States District Judge