IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN, | No. C-06-7765 MMC |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | |
| ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al., | |
| Defendants. | |

Before the Court is plaintiff's response to the Court's May 25, 2007 order to show cause why the instant action should not be dismissed for failure to prosecute as a result of plaintiff's failure to appear at the May 25, 2007 case management conference. For good cause shown, the order to show cause is hereby VACATED. Plaintiff is hereby advised, however, that all future appearances must be made, unless and until the Court has issued an order changing the scheduled date.

**IT IS SO ORDERED.**

Dated: June 4, 2007

MAXINE M. CHESNEY
United States District Judge