IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN,<br><br>    Plaintiff,<br><br>  v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>    Defendants.<br>_____ / | No. C-06-7765 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>(Docket No. 30) |

   Before the Court is plaintiff's motion, filed June 1, 2007, to reschedule the case management conference in the instant action. In light of the pending motions for entry of default against the remaining defendants, such motion is hereby GRANTED and the case management conference is CONTINUED to August 10, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than August 3, 2007.

   This order terminates Docket No. 30.

   **IT IS SO ORDERED.**

Dated: June 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge