IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN, | No. C-06-7765 MMC |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS CLAIM ASSERTED AGAINST JAMES E. COOKE** |
| v. | |
| ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al., | (Docket No. 37) |
| Defendants. | |

Before the Court is a memorandum filed June 28, 2007 by defendant James E. Cooke ("Cooke") in support of dismissal of the sole claim asserted against him in the instant action; the Court construes Cooke's memorandum as a motion to dismiss. Plaintiff has filed opposition; Cooke has filed a reply.

For the reasons set forth by Cooke, his motion is hereby GRANTED, and the claim asserted against him is hereby DISMISSED with prejudice.

This order terminates Docket No. 37.

**IT IS SO ORDERED.**

Dated: July 24, 2007

MAXINE M. CHESNEY
United States District Judge