MICHAEL MYUNG-SUP SHIN
35030 Begonia Street
Union City, CA 94587-5340
Telephone:    (510) 471-3657
Facsimile:     (510) 471-4900
E-mail:  Shin@alumni.CalTech.edu

RECEIVED

07 AUG -3  AM 11: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN<br>Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS, CHARLES R.<br>BRYER,<br>JIM DUFF, JAMES E. COOKE,<br>and DOES 1 – 50.<br>Defendants. | Case No.: C 06-7765 MMC<br><br>~~PROPOSED~~ ORDER<br><br>**RESCHEDULING THE CASE<br>MANAGEMENT CONFERENCE** |

The plaintiff's motion to reschedule the Case Management Conference to a future date of
August 31, 2007, ~~or a later date~~ is granted. The Plaintiff shall discuss the new schedule for Case
Management Conference with the Court.

**IT IS SO ORDERED.**

Dated: AUG X 3 2007

MAXINE M. CHESNEY

United States District Judge

**Proposed Order to Reschedule Case Management  Conference**                          **- Page 1 -**