SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6925
   Facsimile:  (415) 436-6748
   E-mail:     sara.winslow@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN, ) | No. C 06-7765 MMC |
| ) | |
|    Plaintiff, ) | **STIPULATION TO CONTINUE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
|   v. ) | **AND ORDER THEREON** |
| ) | |
| ADMINISTRATIVE OFFICE OF THE ) | |
| UNITED STATES COURTS, CHARLES ) | |
| R. BREYER, JIM DUFF, JAMES E. ) | |
| COOKE, and DOES 1 - 50, ) | |
| ) | |
|    Defendants. ) | |
| _____ ) | |

     Subject to the Court's approval, Plaintiff and the Federal Defendants (Administrative Office of the United States Courts and Jim Duff)[1] hereby agree and stipulate to continue the case management conference in the above-captioned case.

     1.  A case management conference is currently scheduled for August 31, 2007.

---

[1] The other Defendants named by Plaintiff have been dismissed.

STIP TO CONTINUE CMC
No. C 06-7765 MMC

2. The Federal Defendants have filed a motion to dismiss the action against them with prejudice. The motion to dismiss is noticed for September 14, 2007.

3. The parties respectfully request that the Court either continue the case management conference to September 14, 2007, to be held at the same time as the motion hearing; or vacate the case management conference and reschedule it as appropriate after ruling on the motion to dismiss.

4. Alternative proposed orders follow.

IT IS SO STIPULATED.

                                           Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney

DATED: August 22, 2007             By:      /s/
                                                            SARA WINSLOW
                                                            Assistant United States Attorney

DATED: August 21, 2007             By:      /s/
                                                            MICHAEL MYUNG-SUP SHIN
                                                           Plaintiff In Pro Per

//

//

//

//

//

//

//

STIP TO CONTINUE CMC
No. C 06-7765 MMC

**[PROPOSED] ORDER**

~~Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference currently scheduled for August 31, 2007 is continued to September 14, 2007, at 9:00 a.m., to be held concurrently with the hearing on Federal Defendants' motion to dismiss. A joint case management statement shall be filed no later than September 7, 2007.~~

~~IT IS SO ORDERED.~~

DATED _____    _____
                        HON. MAXINE M. CHESNEY
                        United States District Judge

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference currently scheduled for August 31, 2007 is vacated. The Case Management Conference is hereby ~~The Court will reschedule the case~~ CONTINUED to October 5, 2007 at 10:30 a.m. The parties shall file a joint case management ~~management conference as appropriate after ruling on Federal Defendants' motion to dismiss~~ statement no later than September 28, 2007.

IT IS SO ORDERED.

DATED  August 23, 2007        /s/ Maxine M. Chesney
                        HON. MAXINE M. CHESNEY
                        United States District Judge

STIP TO CONTINUE CMC
No. C 06-7765 MMC