1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6996
7      FAX: (415) 436-6748

8  Attorneys for Federal Defendants

9
               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
               SAN FRANCISCO DIVISION
12

13 MICHAEL MYUNG-SUP SHIN,           )   No. C 06-7765 MMC
                                     )
14      Plaintiff,                   )   [PROPOSED] ORDER DISMISSING
                                     )   THE COMPLAINT AS TO
15      v.                           )   DEFENDANTS ADMINISTRATIVE
                                     )   OFFICE OF THE UNITED STATES
16 ADMINISTRATIVE OFFICE OF THE      )   COURTS AND JIM DUFF BASED ON
   UNITED STATES COURTS, CHARLES     )   QUASI-JUDICIAL IMMUNITY
17 R. BREYER, JIM DUFF, JAMES E.     )
   COOKE, and DOES 1 - 50,           )   Date: September 14, 2007
18                                   )   Time: 9:00 a.m.
        Defendants.                  )   Courtroom 7, 19th Floor
19 _____  )

20
       Before the Court is the motion to dismiss claims asserted against Defendants Administrative
21                                    To date, no opposition has been filed.
   Office of the United States Courts and Jim Duff. Plaintiff seeks monetary relief for the acts of
22
   certain unnamed court clerks in a case in which Plaintiff was a party, entitled <u>Michael Myung-</u>
23
   <u>Sup Shin v. Mike Dalisay, et al.</u>, Case No. C 02-2648 CRB.  Since the acts involve tasks that are
24
   an integral part of the judicial process, these defendants are absolutely immune from suit.  <u>Moore</u>
25
   <u>v. Brewster</u>, 96 F. 3d 1240, 1244 (9th Cir. 1996); <u>Mullis v. United States Bankruptcy Court for</u>
26
   <u>the District of Nevada</u>, 828 F. 2d 1385, 1390 (9th Cir. 1987).
27
   \\.
28

[PROPOSED] ORDER DISMISSING COMPLAINT
No. C 06-7765 MMC

1  Therefore, it is hereby ORDERED that plaintiff's claims against Defendants Administrative
2  Office of the United States Courts and Jim Duff are dismissed, with prejudice.

_____
HON. MAXINE M. CHESNEY
United States District Judge

DATED: August 30, 2007

[PROPOSED] ORDER DISMISSING COMPLAINT
No. C 06-7765 MMC